# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PLAINTIFF - GARY DAVIS

V.

[redacted]

LINK # 1:23-CV-00200 RAL

FILED SEP 25 2023 CLERK U.S. DISTRICT COURT WEST. DIST. PENNSYLVANIA

# 1:23-CV-00200
1:23-CV-00200

U.S. MAGISTRATE JUDGE RICHARD A. LANZILLO

Defendant - Michelle Henry [redacted]
ATTORNEY GENERAL

## AMENDANT COMPLAINT & DEFENDANT.

Prelude to Amended Complaint.

① GARY DAVIS & Kelly Mollen were in a toxic relationship for almost 5 years separated in September 4th 2014.

② Within the five years Kelly Mollen & Petitioner had rent 3 apartments & 1 House 1758 Laketon Road Wilkinsburg, PA 15221 - moving in together for day one to all dwellings.

③ Also the couple purchased three vehicles in that 5yr time span, petitioner did help pay for & drove all vehicles off of the car lot - including the car petitioner charged w/Robbery.

CHARGES - "Robbery 9-6-2014 (City of Pitts.) + Arson 9-7-2014 (in Wilkinsburg Borough)"

## AMENDED COMPLAINT

④ Robbery was dismissed at Pittsburgh prelimary city court. Dismissed Never a second authority motion by the District Attorney in City Court for a second prelimary Hearing or motion by D.A. CHELSIE Pratt (Exibit - Respondent 18) Robbery (Ex A053) No further information was received.

⑤ Arson (EX A054) On 9-7-2014 Kelly Mollen Rear stairway entrance to the House 1758 Laketon Road Wilkinsburg, PA 15221 was set on fire - causing $3800.00 Hundred in damage.

⑥ The responding officers - went to the Petitioner family House looking for the petitioner - at which the family member who lived around the corner from 1758 Laketon

THE Same Exibits as "Donna Jo McDaniel #2:23-CV-0133 RAL - Will submit A.S.A.P. NEED COPY CARD!

②

Road - a three minute drive away from victim. State petitioner was not there SEVEN something in the morning.

(7) THE Family member called the petitioner stating the cops said you started a fire at Kelly's House - petitioner at McDonalds - called ms Mullen an stated "Why are you telling people I started a fire."

(8) Detective Jason Constanza get on the phone + ask can petitioner come in an talk to him at which time a meeting was set for a interview in between 10:00 to 11:00 I believe.

(9) AT Wilkinsburg Police station Jason Constanza + "Officer WAZ" interview Petitioner were petitioner stated to officer WAZ 1st thank-you for not SHOOTING ME - officer WAZ stated he (Petitioner pulled a Knife out on me) VERY RELEVANT.

(10) Petitioner Never admitted to setting a fire or stating he would Kill ms. Mullen "for what" Affidavit of probable cause - State officer WAZ pulled a gun Very RELEVANT.

(11) Detective Constanza charged petitioner with Arson on 9-7-2014 after the interview. Probable Cause Affidavit NEVER received "Petitioner pulled a Knife Officer a gun."

(12) ON Dec 4th 2014 (Ex B-067) A Prelimary hearing was set in Wilkinsburg, PA 15221 - BEFORE Kim M. Hoots, DISTRICT Judge - APPEARANCES: D.A. CHELSIE PRATT: Public DEFEnder ANGELA HAYEN ON the Charge of "Arson" 1758 LAKETON ROAD Wilkinsburg, P.A.

(13) (Exibit Document 25 page 3 of 27) petitinen was changed with one count of ①Criminal Attempt - Criminal Homocide, ②four counts of Aggravated Arson - inhabited Building or structure ③ four counts of Arson - Endangering Persons - inhabited Building or Occupied structure ④ two counts of Arson - Endangering Persons ⑤ one count of intimidation of witness or victim. ⑥ ONE count of Arson Endangering Property ⑦ one count of Risking Castastrophe.



ONE count of Arson Possession of explosive Device, + one count of Terroristic Threats- Petitioner faced at Prelimary.

(14) THE First ERROR in LAW was 4 counts of Aggra Arson + 4 counts of Arson Endangering Persons- inhabited building. An only two people gave testimony for the ~~def~~ district Attorney.

(15) ONE Micheal Shawley Deputy Fire Marshal for the Allegheny County FIRE MARSHAL's OFFICE (Document 25-9 - page 16-15- + page 20 all Exibit B 13 of 43 Arson prelimary Hearing.

(16) Deputy Fire Marshal testify that on 9-7-2014 a fire leading ~~to~~ into the rear entrance of the left unit # of a duplex + that some of the exterior wall was on fire, side by side duplex.

(17) A gasoline can was also obtain + sent to the allegheny county crime lab for finger prints. THAt was Negative for prints.

(18) WITNESS #2 was Kelly MULLEN - Document 25-9 page 26, 27, 28, 29, 33 of Exibit B 15 of 43 Kim Hoots Judge.

(19) were Ms. MULLEN recall the day of the "robbery" Never stating "Petitioner grab my neck or my hands were bleeding. Page 26 of 43 He said He was going to kill me. Arson testimony!

(20) Mr Davis broke my ankle two months prior to this Page 27 of 43, - I want to ask you "Judge Hoots Page 28) after your ankle was broken you two were still together. Ms Mullen yes.

(21) my window was up (Page 29 of 43) I heard my Nieghbor Elizabeth, scream Get out, your house is on fire. - I looked out the window - She looked down the street + said Your going to Jail. I'm calling the cops right Now." Petitioner would like to hear the 911 call Elizabeth made day of.")

(22) 33 of 43, He said he's not going to Jail for me, and if he goes he will make it worthwhile. THe last time he said that to me he beat me over the HEAD WITH A PHONE, BUSTED

(Brady violation)

MY HEAD + i got 20 STAPLES in my HEAD. while i was on the phone with my daughter- she called the cop's (Fat Lie).

(23) (Page 41 of 43 - Exibit) Public Defender HAYDEN my argument goes to the aggra-Arson against Ms. Jackson, Ms. Flowers + Ms. Lewis. They were Not here to testify. (am calling the cops right now)

(24) ex Page 42 of 43 All charges are being held - plus amendments THAT was the testimony of two witnesses - 1 fire marshal MICHEAl SHawley + (2) victim Kelly MULLEN placing the petitioner at the scene of the Arson on Sept 7th 2014 without a reason of doubt to 4 Aggra-Arson Charges.

HABEAS CORPUS (Exibit A 055-to-059) Already Submitted

(25) ON June 29th, 2015 Esq. Hillman HARTWELL filed a writ of HABEAS Corpus in the Court of Common PLEAS OF Allegheny County Judge Donna Jo McDaniel Courtroom 321

(26) MR. HARTWELL argument, state the D.A. Felled to meet a prima facia case, - to prove burden of the petitioner at the scene of the Arson crime. - Also there was no witness + all facts were hearsay. ON record in the records department.

(27) ON July 15th, 2015 - Judge McDaniel Denied the writ of Habeas without calling the petitioner to a hearing an or a opinion of such denied writ of habeas corpus.

(28) JUDGE McDANIEL Court of Common PLEAS DATE 8-12-2015 EX-Respondent 12 Submitted appearences. D.A - CHEISIE Pratt - Public Defender JaclyNN Kearney - (were is Angela Hayden - Prelimary Public Defender) the same District Attorney as Prelimary Hearing. Why Different Public Defenders

(29) THE Public Defender Kearney come to the holding cell in the court House were she explain your in big trouble + You can receive 20 yr's - Petitioner say for what. EX 4 of 11 (Respondent 12-14)

(30) I Did not do Nothing - Ms. Mullen visit me in the Allegheny County Jail - ON occasions put money on my books - Ms. Kelly

Henry NApue V. ILLinois 360 U.S. 264, 3L Ed 1217, 79 SCT 1123 false testimony

LANCE HOOVER, PLAINTIFF V. ATTORNEY GENERAL OF PENNSYLVANIA
Donna Jo McDaniel 2020 U.S. Dist. LEXIS 37984.
Case 1:23-cv-00200-RAL  Document 6  Filed 09/25/23  Page 5 of 8

PAGE ⑤

MULLEN stated on the Jail phone (Recorded) ELIZABETH said she lied, & NEVER saw you Light the fire (9-7-14) - my Aunt "CONCHITA GARCIA" Also bailed Kelly out of Jail twice, cause I ask my Aunt too do so. (ON Jail PHONE, Recorded)

(31) Public Defender Kearney state all that doesn't matter Now, Elizabeth & Kelly is upstair Now, you are black, they are white you will get twenty yrs. 10 to 20 yrs - 5 to 10 yrs is a deal you will Not win - at 47 yr old at the time I did the math - plus past "Allegheny County Common PLEAS Court experience." THE public defender filled out the plea agreement" all along stating twenty years II. is very long Mr. Davis sign Here. I signed the PLEA. Exhibit 12-115 Page 4 of

(32) Document 25-4 - P Guilty PLEA - 013 - 014 - 017 - 021 I forgot my initials + 023 - The only original Handwriting from the petitioner is his signature of Defendant (PLEA) - Everything else is the Public Defender pushing me through the process.

(33) PreVIEW - Petitioners First time upstate ①2015 Arson guilty Plea. ② Officer WAZ OPEN Door so petitioner will walk through it. ③ Detective Jason Constanzo (Arson) interview 9-7-14 petitioner, officer WAZ was at interview - Petitioner state thank-you for not shooting me. ④ Detective look at waz after he say your welcome + state the (WAZ) petitioner pulled a Knife on me. ⑤ All in day of probable cause 9-7-2014 - How could Petitioner pull a Knife on a officer (officer waz words) + He unholster his firearm. ⑥ An Petitioner Never go upstate for pulling a weapon on a law officer. Probable cause Never produce 9-7-2014

(34) Past experience's with the Allegheny Court House ⒶIN 2004 Petitioner was found guilty of 2 Aggrav-Assaults - 1 on my baby mother Tangerine McDaniels + 1 aggrav-Assault on
( Com V. McCLELLAND 2.33 A.3d 717 2020 )
Facing your accuser

(Allegheny (Pittsburgh) Court House)    PAGE (6)

Officer WAZ. IN Judge Cashman CourTroom, 2004 on Record.
(B) THE DISTRICT ATTORNEY told my babymom TANGERINE to stay home (Court) — we had two kids 2004 — we have 4 kids 2023.
(C) TANGERINE NEVER IN COURT. She don't drink-smoke nothing — no bar's, just panic ATTACKS + her system is built not to lie very honorable women. (D) IN 2009 "Simple ASSAULT case was postponed 11-12 times until "Aunt Conchita GARCIA" spoke up during prelimary # 11 or 12, after I told her of the courts treatment, thin the Judge dismiss case. So petitioner is very scared of Allegheny County Common Plea Court (Pittsburgh) + D.A's. very notorious on people of color. Everything is in records of my criminal Actions!

(35) During the sentence. faze 8-12-2015 (ex 12 - Document 25-13 page 7 of 11) Petitioner was sentence to 5 to 10 yrs for four counts of aggrav-Arson-Inhabited building or structure four counts of Arson-Endangering Persons. (Document 25 Page 3 of 7)

(36) Also Robbery 2 to 4 yrs (concurrent) were D.A. Chelsie Pratt state victim Hands were bleeding + grabbed her (victims) neck (Document 25-13) page 6 of 11. without a second authority + or a second prelimary which the D.A. present. changes were dismissed "Error of law".

(37) (Document 25-2 page 1 of 5 Exibit) Robbery - Commonwealth that is not my signature @ all. — 036 (2 of 10 Page Not Mine.)

(38) Exibit C-119 - page 8 of 11, Line 8 of 11 Public Defender Jackie Kearney state (Not that it matters your honor, but the victim did go visit the defendant four times,
(A) It didn't matter to the lawer victim visit Defendant
(B) It didn't matter the victim told Defendant (Petitioner) Elizabeth told victim she lied about seeing defendant light a fire 9-7-2014 Public Defender had Allegheny Jail records for phone + visits

Deliberate INDIFFERENCE to the laws + procedures of Court. + the rules set fourth in a court of law.

Page 7

In her hands knowing the exact # of visit's + phone confession.

Ⓒ It didn't matter to Lawyer Kearney no witness was at the preliminary Hearing - Elizabeth Jackson, Shaemar Flowers or Zariah Lewis wasn't at the Preliminary Hearing to testisfied.

Ⓓ It didn't matter to the Lawyer Kearney that the Habeas Corpus was denied without a opinion from Judge McDaniels Article 1 section 9 no denial of writ unless rebellion

Ⓔ The only thing that matter to the lawyer Kearney was a conviction.

Ⓕ Mr. Davis was scared from past court Hearings in allegheny county 2 aggra-assault no witness etc. in record officer was

## NEWLY DISCOVERED Evidence

㊴ Judge Donna Jo, McDaniels courtroom was Audited for not following the Rules + Procedure in the oath of her courtroom + Retired Jan 31, 2019 for handing out illegal sentences. Will mail exibit aunt Conchita Garcia will send it.

㊵ Kelly Mullen House in McKeesport, PA 15132 - 2810 Idaho St Oct 2015 Burned down to the Ground + two weeks prior a 17 yr old ~~she~~ was murdered in that same dwelling. Sad. McKeesport police have records - I was incarcerated.

㊶ Sadly Kelly Mullen past away recently was a very beautiful looking women at one point. ㊷ THE District Attorney +

㊷ Public Defender Did not inform me of Judge McDaniels Illegal sentence, retirement very ineffective Counsel. Never sent Discovery. I Do Not know law But this wasn't Right, But law is needed every day in society law + order.

RELIEF -           ILLEGAL Hold on Liberty  ⑤⑤

① Illegal sentence served 9yr out of 10 yr sentence ② Amendment ⑤ twice Put in Jeopardy (Robbery) ③ Amendment ⑥ confront by witness ④ Amendment 8 Cruel + unusual Punishment ⑤ amendment 14 Due Process of the law. + Denial of the writ of Habeas Corpus. $7,500,000.⁰⁰

I Am Sorry for a long complaint I don't know law!

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: GARY DAVIS MD-0324
All other names by which you have been known:
ID Number: MD-0324
Current Institution:
Address: 945 P.O Box 286 Woodland drive
Marienville, PA 16239
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: MICHELLE Henry
Job or Title *(if known)*: ATTORNEY GENERAL
Shield Number: N/A
Employer: PENNSYLVANIA
Address: 16 FL Strawberry Sq.
Harrisburgh, PA 17120
City / State / Zip Code
[X] Individual capacity   [ ] Official capacity

Defendant No. 2
Name:
Job or Title *(if known)*:
Shield Number:
Employer:
Address:
City / State / Zip Code
[ ] Individual capacity   [ ] Official capacity

Page 2 of 11